THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MILONOPOULOS, Appellant, v MICHAEL RABIDEAU, as Superintendent of Groveland Correctional Facility, Respondent.

Submitted March 28, 2005; decided May 10, 2005

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]). Motion for poor person relief dismissed as academic.